| AO 10 Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2009 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Houston, John A. | 2. Court or Organization Southern District of Californi | 3. Date of Report 05/14/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U. S. District Court | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2009 to 12/31/2009 |
| 7. Chambers or Office Address 940 Front Street Suite 2140 San Diego, CA 92101-1118 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Co-Trustee | Trust |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

RECEIVED 2010 MAY 20 P 3: 30 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Houston, John A.

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2009 | Self Employed (consultant/clinical psychologist) |
| 2. 2009 | ERM, San Diego, CA (consulting) |
| 3. 2009 | Center For Creative Leadership, La Jolla ,CA |
| 4. 2009 | Dynamic Consulting, San Diego, CA |
| 5. 2009 | Innolect, Inc., Tega Cay, SC |
| 6. 2009 | The Broad Residency, Los Angeles, CA |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | George Mason School of Law | April 17 - 23, 2009 | Tucson, AZ | CLE Program | Room, Meals, and Transportation |
| 2. | Searle Institute -Northwestern School of Law | November 8 - 13, 2009 | Chicago, IL | CLE Program | Room, Meals, and Transportation |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Houston, John A. | 05/14/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | CitiBank | --- Mortgage - Rental Property - San Diego | N |
| 2. | Wells Fargo Bank | Mortgage - Investment Real Property | K |
| 3. | Citi Bank American Express | Credit Card | J |
| 4. | Clti Bank Mastercard | Credit Card | J |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Houston, John A. | 05/14/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property (2), San Diego County, CA | D | Rent | O | W | | | | | |
| 2. San Diego Gas & Electric (Sempra) | A | Dividend | J | T | | | | | |
| 3. San Diego Gas & Electric (Sempra) | A | Dividend | J | T | | | | | |
| 4. Oppenheimer Capital Appreciation Mutual Fund- IRA -IRA | | | | | Sold | 4/23/09 | L | D | |
| 5. Oppenheimer Capital Appreciation Mutual Fund - IRA | | | | | Sold | 12/15/09 | L | D | |
| 6. Fidelity Funds - IRA | A | Dividend | J | T | | | | | |
| 7. --Fidelity Discovery Fund | | | | | | | | | |
| 8. ---Fidelity New Markets Fund | | | | | | | | | |
| 9. Trust | A | Interest | J | T | | | | | |
| 10. - Leap Wireless Communications (Common Stock) | | | | | | | | | |
| 11. - Nuveen Limited Term Municipal Bond Fund | | | | | Redeemed | 02/22/09 | J | B | |
| 12. Trust #2 | D | Distribution | M | T | | | | | |
| 13. --MSDW Dividend Growth Securities Fund | | | | | | | | | |
| 14. --MSDW California Tax-Free Income Fund | | | | | | | | | |
| 15. --AIM Advisor Real Estate Fund | | | | | | | | | |
| 16. --Eaton Vance WW Health Sciences Fund | | | | | | | | | |
| 17. --Eaton Vance Tax Managed Growth Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Houston, John A. | 05/14/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18.  --Franklin Calif Trax Free Income Fund | | | | | | | | | |
| 19.  --MFS MidCap Growth Fund | | | | | | | | | |
| 20.  --Putnam Research Fund | | | | | | | | | |
| 21.  --Putnam International Voyager Fund | | | | | | | | | |
| 22.  --Sentinel Small Cap Companies Fund | | | | | | | | | |
| 23.  --Reserve Primary Fund Class R | | | | | | | | | |
| 24.  --Lord Abbet Mid Cap Val Class C | | | | | | | | | |
| 25.  MFS Val Class B | A | Dividend | J | T | | | | | |
| 26.  MFS Value Class C | A | Dividend | J | T | | | | | |
| 27.  American AMCAP Class C | A | Distribution | J | T | | | | | |
| 28.  John Hancock US Glob Leaders Growth Class C | A | Dividend | J | T | | | | | |
| 29.  Putnam Tax Smart Equity Class B | A | Dividend | J | T | | | | | |
| 30.  Delaware Tax-Free California Class B | A | Interest | J | T | | | | | |
| 31.  Phoenix Mutual Funds- Simple-IRA | | | | | Sold | 12/15/09 | K | C | |
| 32.  Phoenix Strategic Theme Class B --Simple IRA | | | | | Sold | 12/15/09 | L | D | |
| 33.  Real Property (3), Birmingham, AL | C | Rent | L | W | | | | | |
| 34.  Real Propery (3)-Vacant Lot, San Diego ,CA - X | | | O | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Houston, John A. | 05/14/2010 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each a set exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Van Kampen Insured Muni Income Trust 589 | A | Interest | L | T | Buy | 12/10/09 | L | | |
| 36. Pacific Innovative Select -Quailfied Annuity | A | Distribution | L | T | Buy | 04/23/09 | L | | |
| 37. Union Bank Marked Linked Cert of Deposit - IRA | A | Interest | K | T | Buy | 12/15/09 | K | | |
| 38. Union Bank Marked Linked Cert of Deposit - Simple IRA | A | Interest | L | T | Buy | 12/15/09 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Houston, John A. | 05/14/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII.

Item 34 was previously owned but not reportable.

Item 4 sold and replaced with item 36,

Item 5 sold and replaced with item 37.

Items 31 and 32 sold and replaced with item 38.

| Name of Person Reporting | Date of Report |
|---|---|
| Houston, John A. | 05/14/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSI**          **IVIL**
**AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544